# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER RAY WISEMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN D. BITER, et al.,<br><br>　　　　　Defendants. | Case No.: 1:18-cv-00126-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR ISSUANCE OF SUBPOENAS AND DIRECTING CLERK OF COURT TO SEND PLAINTIFF COPY OF LOCAL RULES FOR PRISONERS<br><br>[ECF No. 38] |

Plaintiff Chester Ray Wiseman is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request for issuance of seven blank witness subpoenas and a copy of the Local Rules, filed September 13, 2018.

Plaintiff's request for issuance of subpoenas must be denied as premature. On July 17, 2018, the Court issued the discovery and scheduling order setting March 17, 2019 as the deadline for completion of all discovery, and May 28, 2019 as the deadline for filing dispositive motions. There is presently no need to subpoena witness testimony, and the Court will not issue blank witness subpoenas unless certain requirements are met. The Court will, however, send Plaintiff a copy of the Local Rules applicable to prisoners.

///

1

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's request for issuance of blank subpoenas is DENIED; and

2. The Clerk of Court is directed to send Plaintiff a copy of the Local Rules applicable to prisoners.

IT IS SO ORDERED.

Dated: **September 17, 2018**

UNITED STATES MAGISTRATE JUDGE