**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHESTER RAY WISEMAN,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN D. BITER, et al.,<br><br>Defendants. | Case No.: 1:18-cv-00126-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR COURT ORDER REQUIRING LAW LIBRARIAN TO PROVIDE COPIES OF DISCOVERY DOCUMENTS<br><br>[ECF Nos. 39, 41] |

Plaintiff Chester Ray Wiseman is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 18, 2018, the Magistrate Judge issued a Findings and Recommendation recommending that Plaintiff's motion for a court order requiring the prison law librarian to provide copies of discovery documents be denied. The Findings and Recommendation was served on Plaintiff and contained notice that objections were to be filed within twenty-one (21) days. No objections were filed and the time do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

///

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendation filed on September 18, 2018, is adopted in full; and
2. Plaintiff's motion for a court order requiring the prison law librarian to provide copies of discovery documents is denied.

IT IS SO ORDERED.

Dated: **October 16, 2018**        **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE