# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER RAY WISEMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>MARTIN D. BITER, et al.,<br><br>  Defendants. | Case No.: 1:18-cv-00126-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANT ROMERO'S SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS<br><br>[ECF No. 48] |

Plaintiff Chester Ray Wiseman is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant Romero's second request for an extension of time to respond to Plaintiff's discovery requests, filed November 20, 2018.

Good cause having been presented, it is HEREBY ORDERED that Defendant Romero is granted to and including December 21, 2018, to respond to Plaintiff's discovery requests.

IT IS SO ORDERED.

Dated: **November 20, 2018**

UNITED STATES MAGISTRATE JUDGE

1